United States District Court
Southern District of Texas
**ENTERED**
May 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN D. MITCHELL, (TDCJ-CID #2189588) § § § § | |
| Petitioner, § § | |
| vs. § | CIVIL ACTION H-20-1101 |
| LORIE DAVIS, § § § | |
| Respondent. § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on  May 26 , 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2020\20-1101.a01.wpd